IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 08-195 T
(Judge Charles F. Lettow)

_____

DOMINION RESOURCES, INC.,

                                                          Plaintiff,

v.

THE UNITED STATES,

                                                          Defendant.

_____

FIRST AMENDED ANSWER AND COUNTERCLAIM
_____

      Defendant, the United States, respectfully amends its answer by adding paragraphs 21 through 29 to assert a counterclaim against plaintiff as follows:

      1-20.  Defendant restates and incorporates by reference herein its responses in its answer filed July 18, 2008, to the allegations in paragraphs 1 through 20 of the complaint.

## COUNTERCLAIM

      21.  This counterclaim has been authorized by the Chief Counsel of the Internal Revenue Service, a delegate of the Secretary of the Treasury, and is brought at the direction of the Chief of the Court of Federal Claims Section, Tax Division, Department of Justice, a delegate of the Attorney General of the United States, pursuant to 26 U.S.C. § 7401 and 28 U.S.C. § 1503.

      22.  On October 23, 2007, plaintiff was refunded $14,579,874.73 for the 1996 tax year consisting of $9,564,557.00 in tax and $1,472,982.25 in restricted interest, plus $3,524,385.48 interest thereon.

23. The amount of the refund for the 1996 tax year was the result of the plaintiff-counterdefendant Dominion Resources, Inc. ("DRI") and the United States' agreement on the amount of the overassessment for 1996 in the Form 870-AD described in paragraphs 5 and 6 of the Complaint.

24. The amount of the overassessment was subject to terms and conditions expressed on the Form 870-AD.

25. Among those conditions, DRI reserved the right to timely file a claim for refund or prosecute a timely-filed claim to determine "[t]he amount of interest properly capitalized by the Internal Revenue Service under section 263 of the Internal Revenue Code of 1986, with respect to 'associated property', as defined in Treasury Regulation § 1.263A-11(e), and any correlative adjustments for the years 1995 through and including 1998."

26. Pursuant to that reservation of rights, on March 20, 2008, DRI filed suit in this Court alleging that the United States "erroneously increased the amount of interest expense plaintiff was required to capitalize by adding to the direct and indirect accumulated production expenditures . . . the basis of previously existing property . . . ." DRI has alleged that the IRS erroneously disallowed $1,525,158.00 in interest expense properly deductible by plaintiff for 1996, and that this resulted in the IRS "erroneously denying plaintiff's claim for refund" in the amount of $297,699.00.

27. In determining "the amount of interest properly capitalized by the Internal Revenue Service under section 263 of the Internal Revenue Code of 1986," the United States has subsequently found that the IRS did not previously capitalize enough interest on associated property for DRI for the 1996 tax year.

28. The IRS should have disallowed an additional $1,664,816.00 in interest expense for tax year 1996.

29. As a result, plaintiff-counterdefendant owes the United States the additional tax and interest resulting from the correct calculation of capitalized interest on associated property, plus interest thereon allowed by law.

WHEREFORE, the complaint should be dismissed, and judgment should be entered in favor of the United States on its counterclaim.

Respectfully submitted,

October 22, 2009                    /s/ Carl D. Wasserman
                                    CARL D. WASSERMAN
                                    Attorney of Record
                                    United States Department of Justice
                                    Tax Division
                                    Court of Federal Claims Section
                                    Post Office Box 26
                                    Ben Franklin Post Office
                                    Washington, D.C.  20044
                                    Voice: (202) 307-6587
                                    Fax:   (202) 514-9440
                                    Email: carl.wasserman@usdoj.gov

                                    JOHN I. DiCICCO
                                      Acting Assistant Attorney General
                                    STEVEN I. FRAHM
                                      Chief, Court of Federal Claims Section
                                    MARY M. ABATE
                                      Assistant Chief, Court of Federal Claims Section

October 22, 2009                    /s/ Mary M. Abate
                                       Of Counsel